# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE-NICOLE LAPEYRADE,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 2:19-cv-02057-TLN-DB<br><br>(Honorable Troy L. Nunley,<br> Crtrm:  2 – 15th Floor - Sacramento)<br><br>**ORDER SUBSTITUTING<br>DEFENDANT**<br><br>Complaint Filed:   October 15, 2019 |

## <u>ORDER</u>

Pursuant to the stipulation of the parties, and for good cause appearing therefore, Provident Life and Accident Insurance Company shall be substituted in as the sole defendant in this case, in place of Unum Life Insurance Company of America.   All prior references to Unum Life Insurance Company of America in the parties' pleadings filed to date will be deemed to be references to Provident Life and Accident Insurance Company for purposes of the litigation of this action.

**IT IS SO ORDERED.**

DATED: May 15, 2020

_____
Troy L. Nunley
United States District Judge

1