KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE-NICOLE LAPEYRADE,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO:  2:19-cv-02057-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL DATES** |

The Court having considered the Stipulation between the Parties to continue the pre-trial dates and good cause appearing therefor, hereby orders that the existing pretrial dates are continued as set forth below:

| Event | Current Date | New Date |
|---|---|---|
| Discovery cutoff date: | August 7, 2020 | April 12, 2021 |
| Disclosure of Initial Experts: | October 6, 2020 | June 14, 2021 |
| Disclosure of Supplemental Experts: | December 5, 2020 | July 12, 2021 |
| Motion cutoff date: | June 3, 2021 | January 10, 2022 |

DATED: July 7, 2020

Troy L. Nunley
United States District Judge

1